LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

BRUCE D. KOFFSKY
AUDREY A. FELSEN

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604
(800) 637-3363

October 2, 2023

**MEMO ENDORSED**

**APPLICATION GRANTED**

*/s/ Victoria Reznik*

Hon. Victoria Reznik, U.S.M.J.

Dated: 10/2/2023

Via ECF

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   United States v. Justine Ying
      Case No.: 7:22-mj-03841-UA-4

Dear Judge McCarthy:

The undersigned has been appointed to represent Ms. Justine Ying in the above-captioned matter. The defendant, Justine Ying, respectfully moves, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of her release. Ms. Ying seeks an Order of the Court permitting her to take on new employment that requires her to travel outside the confines of the Southern District of Florida. Ms. Ying has been offered an opportunity to work with Ray Cargo Corporation in the operation of a commercial motor vehicle and to make deliveries and pickups, some of which are outside of the district.

The undersigned has spoken to United States Attorney Steven Kochevar, who has indicted that the government does not object to the requested modification. The undersigned has spoken to United States Pretrial Services Officers Bernisa Mejia from the Southern District of Florida who indicates that Ms. Ying remains in compliance with her release conditions and with Cynthia Diaco, Supervisory Pretrial Services Officer from NYSD, who indicates that she has no objection to the requested modification.

WHEREFORE, the defendant moves that the Court issue an order modifying her conditions of release and permitting the defendant to travel as a requirement of her employment opportunity with Ray Cargo Corporation, subject to the conditions imposed by her probation officer.

RESPECTFULLY SUBMITTED,

THE DEFENDANT,
JUSTINE YING

Respectfully submitted,

/s/ *Bruce D. Koffsky*