LAW OFFICES OF

# KOFFSKY & FELSEN, LLC

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604

September 29, 2025

**Via ECF**

The Honorable Judith C. McCarthy United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

   Re: **United States v. Justine Ying**
     **Case No.: 7:22-mj-03841-UA-4**

Dear Judge McCarthy:

  The undersigned has been appointed to represent Ms. Justine Ying in the above-captioned matter. One of the conditions of Ms. Ying's release is that she not open any lines of credit, bank accounts, or credit cards without the approval of Pretrial Services (see Docket Entry 18). The defendant, Justine Ying, respectfully moves, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of her release. The automobile that Ms. Ying has been driving for the past several years is no longer safe to drive. Ms. Ying seeks an Order from the Court to permit her to apply for an automobile loan and, if approved, enter into a loan agreement to purchase a car. U.S. Probation Officer Nelson Valenzuela reported to the undersigned that he has no objection to the requested modification and that he will advise Ms. Ying regarding the terms of proposed financing. AUSA Margaret Vasu reported that the government has no objection to the aforementioned one-time modification.

  WHEREFORE, the defendant moves that the Court issue an Order permitting the defendant to engage in a new financial arrangement to purchase a new automobile under the guidance of the U.S. Probation Office.

                   Respectfully Submitted

                   THE DEFENDANT,
                   Justine Ying

                By: /s/ *Bruce D. Koffsky*

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge

Dated: September 29, 2025