LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604

**MEMO ENDORSED**

October 7, 2025

**Via ECF**

Honorable Victoria Reznik, United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    **United States v. Justine Ying**
               Case No.: 7:22-mj-03841-UA-4

Dear Judge Reznik:

    The undersigned has been appointed to represent Ms. Justine Ying in the above-captioned matter. The defendant, Justine Ying, respectfully moves, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of her release. Ms. Ying seeks an Order from the Court to permit her to travel to visit a friend in the Dallas area of Texas from October 9, 2025 through October 13, 2025.

    In order to facilitate the defendant's request, the defendant will do the following:

1. Ms. Ying will travel by airplane from Florida to Texas on October 9, 2025, and will return to Florida on October 11, 2025.

2. Prior to traveling outside the Southern District of Florida, Ms. Ying agrees to provide her assigned probation officer with her travel itinerary (including details such as airline, flight number, departure, and arrival times), where she is staying in Texas and with whom.

3. Upon returning to the Southern District of Florida, Ms. Ying will inform her probation officer and indicate that she has returned.

4. United States Pretrial Services Officer Nelson Valenzuela from the Southern District of Florida does not object to Ms. Ying's request that is detailed above.

5. United States Attorney Margaret Vasu indicated that the government does not object to the requested modification.

Letter Motion
US v Ying, 22mj3841
October 7, 2025
Page 2

  WHEREFORE, the defendant moves that the Court issue an Order permitting the defendant to travel with the advanced notification and approval of her United States Probation Officer, to visit Texas from October 9, 2025 through October 13, 2025, subject to the conditions imposed by her probation officer.

                Respectfully Submitted

                THE DEFENDANT,
                Justine Ying

              By: */s/ Bruce D. Koffsky*

BDK/dgb

cc: AUSA Benjamin Levander via email
   AUSA Margaret Vasu via email
   UPSO Nelson Valenzuela via email

Defendant's request is **GRANTED**.

Ms. Ying is permitted to travel with the advanced notification and approval of her United States Probation Officer, to visit Texas from October 9, 2025 through October 13, 2025, as outlined in this letter and subject to the conditions imposed by her probation officer.

SO ORDERED.

_____
Hon. Victoria Reznik, U.S.M.J.

Dated: 10/7/2025