LAW OFFICES OF
# KOFFSKY & FELSEN, LLC

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500
FACSIMILE (203) 327-7660
www.koffskyfelsen.com

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604

October 24, 2025

**Via ECF**

Honorable Andrew E. Krause, United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    **United States v. Justine Ying**
              **Case No.: 7:22-mj-03841-UA-4**

Dear Judge Krause:

      The undersigned has been appointed to represent Ms. Justine Ying in the above-captioned matter. The defendant, Justine Ying, respectfully moves, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of her release. Ms. Ying seeks an Order from the Court to permit her to travel to visit friends in Orlando, Florida from November 21, 2025 through November 25, 2025.

      In order to facilitate the defendant's request, the defendant will do the following:

1. Ms. Ying will travel by car to Orlando, Florida on November 21, 2025, and will return to home on November 25, 2025.

2. Prior to traveling outside the Southern District of Florida, Ms. Ying agrees to provide her assigned probation officer with her travel itinerary (including details such as automobile information, departure, and arrival times), where she is staying in Orlando and with whom.

3. Upon returning to the Southern District of Florida, Ms. Ying will inform her probation officer and indicate that she has returned.

4. United States Pretrial Services Officer Nelson Valenzuela from the Southern District of Florida does not object to Ms. Ying's request, as detailed above.

5. United States Attorney Margaret Vasu indicated that the government does not object to the requested modification.

Letter Motion
US v Ying, 22mj3841
October 24, 2025
Page 2

      WHEREFORE, the defendant moves that the Court issue an Order permitting the defendant to travel with the advanced notification and approval of her United States Probation Officer, to Orlando, Florida from November 21, 2025 through November 25, 2025, subject to the conditions imposed by her probation officer.

      Respectfully Submitted

      THE DEFENDANT,
      Justine Ying

      By: /s/ *Bruce D. Koffsky*

BDK/dgb

cc:    AUSA Benjamin Levander via email
       AUSA Margaret Vasu via email
       UPSO Nelson Valenzuela via email

APPLICATION GRANTED.

Dated: October 24, 2025

SO ORDERED.

_____
ANDREW E. KRAUSE
United States Magistrate Judge