LAW OFFICES OF

**KOFFSKY & FELSEN, LLC**

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
'LAINS, NY 10604

**MEMO ENDORSED**

February 6, 2026

**Via ECF**

Honorable Victoria Reznik, United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Defendant's motion to amend the conditions of her release is **GRANTED**.
>
> Ms. Ying is permitted to travel with the advanced notification and approval of her United States Probation Officer, to visit Texas from February 14, 2026 through February 17, 2026, subject to the conditions imposed by her probation officer.
>
> SO ORDERED.
>
> Hon. Victoria Reznik, U.S.M.J.
> 2/6/2026

    **Re:**    **United States v. Justine Ying**
            **Case No.: 7:22-mj-03841-UA-4**

Dear Judge Reznik:

The undersigned has been appointed to represent Ms. Justine Ying in the above-captioned matter. The defendant, Justine Ying, respectfully moves, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of her release. Ms. Ying seeks an Order from the Court to permit her to travel to visit a friend in the Dallas area of Texas from February 14, 2026 through February 17, 2026.

In order to facilitate the defendant's request, the defendant will do the following:

1. Ms. Ying will travel by airplane from Florida to Texas on February 14, 2026.

2. Prior to traveling outside the Southern District of Florida, Ms. Ying agrees to provide her assigned probation officer with her travel itinerary (including details such as airline, flight number, departure, and arrival times), where she is staying in Texas, and with whom.

3. Upon returning to the Southern District of Florida, Ms. Ying will inform her probation officer and indicate that she has returned.

4. United States Pretrial Services Officer Nelson Valenzuela from the Southern District of Florida does not object to Ms. Ying's request as detailed above.

5. United States Attorney Benjamin Levander indicated that the government does not object to the requested modification.

Letter Motion
US v Ying, 22mj3841
February 6, 2026
Page 2

       WHEREFORE, the defendant moves that the Court issue an Order permitting the defendant to travel with the advanced notification and approval of her United States Probation Officer, to visit Texas from February 14, 2026 through February 17, 2026, subject to the conditions imposed by her probation officer.

                             Respectfully Submitted

                             THE DEFENDANT,
                             Justine Ying

                             By:  */s/ Bruce D. Koffsky*

BDK/dgb

cc:    AUSA Benjamin Levander
       AUSA Margaret Vasu
       UPSO Nelson Valenzuela via email