LAW OFFICES OF
## KOFFSKY & FELSEN, LLC

1261 POST ROAD, SUITE 202B
FAIRFIELD, CONNECTICUT 06824
(203) 327-1500

BRUCE D. KOFFSKY
AUDREY A. FELSEN

777 WESTCHESTER AVENUE
SUITE 101
WHITE PLAINS, NY 10604

**MEMO ENDORSED**

May 22, 2026

Request **GRANTED**.

The Court permits the defendant Ms. Ying to travel with the advanced notification and approval of her United States Pretrial Services Officer, to visit Orlando, Florida from May 29, 2026 through June 2, 2026, subject to the conditions imposed by her probation officer.

**Via ECF**

The Honorable Victoria Reznik
United States Magistrate Judge
U.S. Courthouse - Southern District of New York
300 Quarropas Street
White Plains, New York 10601

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.
5/22/26

**Re:    *United States v. Justine Ying*, 7:22-mj-03841-UA-4**

Dear Judge Reznik:

The undersigned has been appointed to represent Ms. Justine Ying in the above-captioned matter. The defendant, Justine Ying, respectfully moves, pursuant to 18 U.S.C. § 3145(a)(2), to amend the conditions of her release. Ms. Ying seeks an Order from the Court to permit her to travel to attend her relative's graduation in Orlando, Florida from May 29, 2026 through June 2, 2026.

In order to facilitate the defendant's request, the defendant will do the following:

1.  Ms. Ying will travel by automobile to Orlando, Florida on May 29, 2026.

2.  Prior to traveling outside the Southern District of Florida, Ms. Ying agrees to provide her assigned probation officer with her travel itinerary (including estimated departure and arrival times), where she is staying in Orlando, and with whom.

3.  Upon returning to the Southern District of Florida, Ms. Ying will inform her probation officer and indicate that she has returned.

4.  United States Pretrial Services Officer Nelson Valenzuela from the Southern District of Florida does not object to Ms. Ying's request as detailed above.

5.  Assistant United States Attorney Benjamin Levander indicated that the government does not object to the requested modification.

*Letter Motion*
*US v Ying, 22mj3841*
*May 22, 2026*
*Page 2*

      WHEREFORE, the defendant moves that the Court issue an Order permitting the defendant to travel with the advanced notification and approval of her United States Pretrial Services Officer, to visit Orlando, Florida from May 29, 2026 through June 2, 2026, subject to the conditions imposed by her probation officer.

                          Respectfully Submitted,

                          THE DEFENDANT,
                          Justine Ying

                          By: */s/ Bruce D. Koffsky*

BDK/dgb

cc: All Attorneys of Record via ECF
    USPSO Nelson Valenzuela via email
    USPSO Shannon Finneran via email